William A. D'Alton
D'ALTON LAW FIRM, P.C.
222 North 32nd Street, Suite 903
P.O. Box 702
Billings, MT 59103-0702
Telephone: (406) 245-6643
Facsimile: (406) 245-6693
bill@daltonlawpc.com

Brian K. Gallik
James P. Molloy
GALLIK, BREMER & MOLLOY, P.C.
777 East Main, STE 203
PO Box 70
Bozeman, MT 59771-0070
Phone: (406) 404-1728
Fax: (406) 404-1730
brian@galliklawfirm.com
jim@galliklawfirm.com

*Attorneys for Joshua Wilson*

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JOSHUA WILSON, ) | Case No.  CV 17-91-BLG-SPW-TJC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STATEMENT OF** |
| ) | **STIPULATED FACTS** |
| ) | |
| YELLOWSTONE COUNTY, a political ) | |
| subdivision of the State of Montana. ) | |
| ) | |
| Defendant. ) | |
| ) | |

1

Pursuant to the Court's Order dated June 28, 2017, Fed.R.Civ.P. 26(f)(3), and Local Rule 16.2(b)(3), the parties submit the following Statement of Stipulated Facts:

1.    On May 14, 2016, Mr. Wilson was an inmate at the Yellowstone County Detention Facility.

2.    Yellowstone County had a "duty of reasonable care towards Wilson" while he was an inmate at the Yellowstone County Detention Facility.


RESPECTFULLY SUBMITTED this 15th day of August, 2017.


BY:   /s/ William A. D'Alton
         William A. D'Alton
         D'ALTON LAW FIRM, P.C.
         *Attorney for Joshua Wilson*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 15, 2017, I electronically filed a true and correct copy of **STATEMENT OF STIPULATED FACTS** with the Clerk of the Court for the United States District Court, for the District of Montana, Billings Division using the appellate CM/ECF System.

I certify that service will be accomplished to the following persons and parties on the appellate CM/ECF service list:


| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. LEVI A. ROBISON
   MARK A. ENGLISH
   Deputy Yellowstone County Attorneys
   Yellowstone County Courthouse, Room 701
   P.O. Box 35025
   Billings, Montana 59107-5025
   lrobison@co.yellowstone.mt.gov
   menglish@co.yellowstone.mt.gov


By: __/s/ William A. D'Alton__
        William A. D'Alton
        D'ALTON LAW FIRM, P.C.
        *Attorney for Joshua Wilson*