# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JOSHUA WILSON, | CV 17-91-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | **ORDER FOLLOWING STATUS CONFERENCE** |
| YELLOWSTONE COUNTY, | |
| Defendant. | |

A Status Conference was held on September 11, 2018 at 11:00 a.m before Magistrate Judge Timothy J. Cavan to address the scheduling issues raised by the parties. After hearing the issues raised, the Court finds good cause to leave the Scheduling Order intact. However, as discussed, the Court will grant additional time if Plaintiff's Motion for Leave to File the First Amended Complaint is granted.

DATED this 11th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge