William A. D'Alton
D'ALTON LAW FIRM, P.C.
Forest Park Professional Center
1643 24th St. West, Suite 314
Billings, MT 59103-0702
Telephone: (406) 245-6643
Facsimile: (406) 245-6693
bill@daltonlawpc.com

Brian K. Gallik
James P. Molloy
GALLIK, BREMER & MOLLOY, P.C.
777 East Main, STE 203
PO Box 70
Bozeman, MT 59771-0070
Phone: (406) 404-1728
Fax: (406) 404-1730
brian@galliklawfirm.com
jim@galliklawfirm.com

*Attorneys for Joshua Wilson*

# IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JOSHUA WILSON, | Case No. CV 17-91-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | **REQUEST FOR MEDIATION** |
| YELLOWSTONE COUNTY, a political subdivision of the State of Montana, | |
| Defendant. | |

1

COMES NOW, Plaintiff Joshua Wilson, by and through counsel, hereby moves the Court for an Order setting the above matter for a mediation before a U.S. Magistrate Judge.

At the status conference held before this Court on September 11, 2018, counsel for Yellowstone County suggested the conference before a U.S. Magistrate Judge. Pursuant to and in accordance with Local Rule 7.1(c) the other parties to this action have been contacted for purposes of determining if any party opposes this request and counsel for Defendant has no objection to this request.

Therefore, Joshua Wilson respectfully requests the Court appoint (1) U.S. Magistrate Jeremiah C. Lynch, or (2) U.S. Magistrate John T. Johnston to conduct mediation in this matter.

DATED this 17th day of September, 2018.

>                BY   /S/ WILLIAM A. D'ALTON
>                     William A. D'Alton
>                     D'ALTON LAW FIRM, P.C.
>                     *Attorney for Joshua Wilson*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing REQUEST FOR SETTLEMENT CONFERENCE upon each attorney of record, in the above-referenced US District Court action, as follows:

| | |
|---|---|
| __1,2__ | ECF |
| _____ | U.S. Mail |
| _____ | Overnight Delivery |
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | Email |

1. United States District Court Clerk

2. Levi A. Robison
   Mark English
   Attorney, Yellowstone County
   Yellowstone County Courthouse,
   P.O. Box 35025
   Billings, Montana 59107
   lrobison@co.yellowstone.mt.gov
   menglish@co.yellowstone.mt.gov

Dated this 17th day of September, 2018.

By: __/S/ WILLIAM A. D'ALTON__
William A. D'Alton
D'ALTON LAW FIRM, P.C.
*Attorney for Joshua Wilson*