**Levi A. Robison and Mark A. English**
**Deputy Yellowstone County Attorneys**
**Yellowstone County Courthouse, Room 701**
**P.O. Box 35025**
**Billings, Montana 59107-5025**
**(406) 256-2870**
lrobison@co.yellowstone.mt.gov
menglish@co.yellowstone.mt.gov

*Attorneys for Yellowstone County*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JOSHUA WILSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YELLOWSTONE COUNTY, ) <br> ) <br> Defendant. ) <br> _____) | Cause No. CV 17-0091-BLG-SPW-TJC <br><br> **YELLOWSTONE COUNTY'S NOTICE OF CONVENTIONAL FILING OF EXHIBITS** |

Please take notice that Yellowstone County has conventionally filed the following exhibits:

A copy of the audio video recordings, dated May 14, 2016, documenting the confrontation between Joshua Wilson and the officers of the Yellowstone County Detention Facility. Exhibit 1 is a copy of the recording from Classification Unit D. Exhibit 2 is a copy of the recording from the Classification Unit Sally Port. Exhibit 3 is a copy of the recording from Classification Unit A.

The exhibits are not available in electronic form.  The item has not been filed electronically because:

 X     the filing is exempted under Local Rule 7.2(d).

Dated this 1st day of October, 2018.

/s/ Levi A. Robison
Levi A. Robison
Deputy Yellowstone County Attorney

# Certificate of Service

I certify that on the date below I served a copy of the attached Yellowstone County's Notice of Conventional Filing of Exhibits on the following people by the following means:

```
 1, 2   CM/ECF
_____  Hand Delivery
_____  Mail
_____  Overnight Delivery Service
_____  Fax
_____  E-mail
```

1. Clerk, U.S. District Court

2. William D'Alton
   D'ALTON LAW FIRM, P.C.
   1643 24th St. West, Suite 314
   Billings, MT 59102
   bill@daltonlawpc.com

   Brian K. Gallik
   James P. Molloy
   GALLIK, BREMER & MOLLOY, P.C.
   777 East Main Street, Ste. 203
   P.O. Box 70
   Bozeman, MT 59771-0070
   brian@galliklawfirm.com
   jim@galliklawfirm.com

   *Attorneys for Joshua Wilson*

Dated this 1st day of October, 2018.

                                                 /s/ Levi A. Robison
                                               Levi A. Robison
                                               Deputy Yellowstone County Attorney