

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSHUA WILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY, a political subdivision of the State of Montana,<br><br>        Defendant. | CV 17-91-BLG-SPW-TJC<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 24th day of October, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge